AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Kevin Colantonio<br>*Defendant* | )<br>)  Case No.  1:24-MJ-07PAS<br>)<br>)<br><br>**RECEIVED**<br>By Dianna Prete at 9:58 am, Feb 15, 2024 |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kevin Colantonio ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i): Maliciously Damaging or Destroying by means of Fire or Explosion any Building or Other Real Property.

Date: February 14, 2024

*Issuing officer's signature*

City and state:   **Providence, Rhode Island**     Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/15/2024 , and the person was arrested on *(date)* 2/15/2024
at *(city and state)* NORTH Providence, RI

**WARRANT EXECUTED**
**U.S. MARSHALS SERVICE**

Date: 2/15/2024

*Arresting officer's signature*
FEB 16 2024

District of Rhode Island